HANNAH RITCHIE *et al.* v. JOHN R. MULVANE, No. 4697. —SAME v. JOHN R. MULVANE *et al.*, No. 4698.—SAME v. JOHN R. MULVANE, No. 4699.

*Per Curiam*: The judgment of the court below will be affirmed in the foregoing cases, upon the authority of the case of this same title, numbered 4385, just decided.

HORTON, C. J., not sitting, and not taking any part in the foregoing cases.